United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENT WALKER, et al.,

Plaintiffs,

v.

HISCOX INSURANCE COMPANY, INC., et al.,

Defendants.

Case No. 26-cv-04846-HSG

**SCHEDULING ORDER**

A case management conference was held on August 25, 2026. Having considered the parties' proposal, *see* Dkt. No. 15, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 25, 2026 |
| Close of Fact Discovery | February 22, 2027 |
| Exchange of Opening Expert Reports | March 8, 2027 |
| Exchange of Rebuttal Expert Reports | March 29, 2027 |
| Close of Expert Discovery | April 9, 2027 |
| Dispositive Motion Hearing Deadline | May 20, 2027, at 2:00 p.m. |
| Pretrial Conference | August 10, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | August 23, 2027, at 8:30 a.m |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/26/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California