# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Brent Walker, et al.

Plaintiff(s)

v.

Progressive Casualty Ins. Co., et al.

Defendant(s)

CASE No C 4:26-cv-04846-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)

The parties have agreed to private mediation with Doug DeVries, Esq.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: Within 120 days of 8/25/26

Date: September 1, 2026 — /s/ Stephen A. Scott, Attorney for Plaintiff

Date: September 1, 2026 — /s/ Amanda Villalobos, Attorney for Defendant

Date: September 1, 2026 — /s/ Teri Mae Rutledge, Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 9/1/2026

Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*